No. 180 "a." WHITNEY GLASS WORKS *v.* PAUL SNEED ; from Durham County. Appeal by defendant. Messrs. Graham, Green & Graham, for plaintiff.

*Per Curiam:* Dismissed under Rule 17, March 9, 1898.

---

No. 186. MARY E. WAGNER *v.* W. H. HERBIN; from Guilford County. Appeal by defendant. Mr. L. M. Scott, for plaintiff; Mr. John A. Barringer, for defendant.

*Per Curiam:* Judgment affirmed, March 24, 1898.

---

No. 201. L. L. HENDREN *v.* J. W. ALSPAUGH et al ; from Guilford County. Appeal by defendant. Messrs. J. A. Barringer and L. M. Scott, for plaintiff ; Mr. C. M. Stedman, for defendant.

*Per Curiam:* Judgment affirmed, May 13, 1898.

---

No. 207. J. W. SCOTT & Co. *v.* B. L. DUKE et al ; from Guilford County. Appeal by plaintiff. Messrs. R. R. King and Jno. N. Wilson, for plaintiffs ; Messrs. Winston & Fuller, for defendants.

*Per Curiam:* Judgment affirmed, May 12, 1898, DOUGLAS, J., dissenting.

---

No. 210. STATE *v.* E. F. HANNA; from New Hanover County. Appeal by defendant. Zeb V. Walser, Attorney General, and Mr. Brown Shepherd, for the State ; Mr. Jno. D. Bellamy, for defendant.

*Per Curiam:* Dismissed, March 15, 1898.